**WESTBURY EQUIPMENT CORP.**

**SUMMARY OF DAMAGES**

| Time Period | Amount | |
|---|---|---|
| *Contributions* | | |
| January 8, 2020 - June 30, 2023 | $ 36,128.40 | *(Audit)* |
| March - April 2024 | $ 10,362.56 | *(Estimated)* |
| **Total** | **$ 46,490.96** | |
| *Union Assessments* | | |
| January 8, 2020 - June 30, 2023 | $ 2,184.00 | *(Audit)* |
| March - April 2024 | $ 488.80 | *(Estimated)* |
| **Total** | **$ 2,672.80** | |
| *Dues Check-Offs* | | |
| January 8, 2020 - June 30, 2023 | $ 1,083.10 | *(Audit)* |
| March - April 2024 | - | |
| **Total** | **$ 1,083.10** | $ 3,755.90 |
| *Interest Assessed on Unpaid Contributions* | | |
| January 8, 2020 - June 30, 2023 | $ 15,172.12 | *(Audit)* |
| March - April 2024 | $ 224.36 | *(Estimated)* |
| **Total** | **$ 15,396.48** | |
| *Liquidated Damages* | | |
| January 8, 2020 - June 30, 2023 | $ 3,612.84 | *(Audit)* |
| March - April 2024 | $ 1,036.26 | *(Estimated)* |
| **Total** | **$ 4,649.10** | |
| *Audit Costs* | | |
| **Total** | **$ 1,805.00** | *(Audit)* |
| *Late Payment Interest* | | |
| **Total** | **$ 439.41** | |
| *Attorneys Fees & Costs* | | |
| Attorneys Fees | $ 3,060.60 | |
| Costs | $ 490.20 | |
| **TOTAL** | **$76,087.65** | |